In the Matter of DINAH R. ROSENBLATT, an Attorney, Appellant. ERIE COUNTY BAR ASSOCIATION, Respondent.

Submitted January 7, 1952; decided March 13, 1952.

*J. Clement Johnston* for motion.

*Samuel M. Fleischman* opposed.

Motion granted and appeal dismissed upon the ground that no substantial constitutional question is involved.